UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LEBLANC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MOISA, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-04722 JLS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Second Amended Complaint ("SAC"), Dkt. No. 122, Defendants' Motion to Dismiss, Dkt. No. 130, Plaintiff's Opposition, Dkt. No. 136, Defendants' Reply, Dkt. No. 139, the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report") dated August 23, 2023, Dkt. No. 141, and all other records and files herein. The time for filing objections to the Interim Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that:

(1) Defendants' Motion to Dismiss is granted as to the request to dismiss the claims against Gaines and denied in all other respects; and

(2) Defendants shall file an Answer to the SAC within 14 days of the date of entry of this order.

DATED: November 5, 2023

JOSEPHINE L. STATON  
UNITED STATES DISTRICT JUDGE