UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTOINE LEBLANC, | Case No. CV 16-04722 JLS (RAO) |
|---|---|
| Plaintiff, | |
| v. | PROTECTIVE ORDER REGARDING CONFIDENTIAL/PRIVILEGED RECORDS |
| D. MOISA, et al., | |
| Defendants. | |

The Court has granted in part Plaintiff's Motion to Compel filed on June 3, 2024. *See* Dkt. Nos. 167, 183, 188. The Court's September 24, 2024 Order ("September 24, 2024 Order") directs that certain confidential/privileged documents be produced. *See* Dkt. No. 188. To protect against the unwarranted disclosure of private, confidential, and/or sensitive information, IT IS HEREBY ORDERED:

1. Privileged and/or confidential documents that were submitted for *in camera* review and have been ordered produced to Plaintiff Antoine LeBlanc will be (1) redacted in accordance with the September 24, 2024 Order; (2) the documents are to be retained by the prison's litigation coordinator at the institution where Plaintiff is housed, and Plaintiff may review the documents through a request to his correctional counselor; (3) the

documents are for Plaintiff's eyes only, and he shall not disseminate them or the information contained therein; (4) the documents are to be used solely in conjunction with this case, and no copies shall be made except for submission to the Court; and (5) at the conclusion of this matter, all copies made in connection with this case shall be destroyed by the California Department of Corrections and Rehabilitation.

2. Defendants are directed to redact (1) the personal identifying information of the Defendants and third parties, and (2) inmate names and tracking numbers in accordance with the September 24, 2024 Order.

3. The redacted documents ordered produced in the September 24, 2024 Order shall be marked as Bates Nos. PRIV xxxx-xxxx.

DATED: September 24, 2024

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

2